## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TOMMY ELPS**                                                                              **PLAINTIFF**
**#11316**

**V.**                                        **NO. 4:26-cv-00124-KGB-ERE**

**BRANDON HIGGINS,** *et al.*                                                    **DEFENDANTS**
### ORDER

On May 7, 2026, *pro se* plaintiff Tommy Elps filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address. *Doc. 27.* Considering his release, it is unclear whether Mr. Elps is still entitled to proceed in forma pauperis.[1]

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to mail Mr. Elps a free-world application to proceed in forma pauperis ("IFP").

2.      If Mr. Elps wishes to continue pursuing this lawsuit, he must, **within 30 days of the entry of this Order,** either: (a) file a completed free-world application to proceed IFP*;* or (b) pay the $405 filing fee for this action.[2]

---

[1] According to the Court's records, Mr. Elps has not paid any money toward the filing fee that the Court assessed in March 2026. *Doc. 12.*

[2] Because he has been released, Mr. Elps no longer qualifies for the reduced fee of $350.

3.     If Mr. Elps does not timely comply with this Order, this case is likely to be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

SO ORDERED 12 May 2026.

_____

UNITED STATES MAGISTRATE JUDGE